Carl Wescott
PO Box 1304
Sausalito, CA 94966
*In propria persona*
+1 415 335 5000

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISON

| | |
|---|---|
| In re: Carl Alexander Wescott, Debtor ) | Chapter 7 Bankruptcy No. 16-10975 AJ 7 |
|    And Plaintiff ) | |
| v. ) | ADVERSARY PROCEEDING |
|    City of San Francisco, Defendant ) | |
|    SFMTA, Defendant ) | VIOLATION OF THE AUTOMATIC STAY |
|    MSB, Defendant ) | VIOLATION OF ORDER OF DISCHARGE |

Information Required by 11 USC 342 (c)

Tax Identification Number (SSN): 8664

## DEBTOR'S COMPLAINT FOR VIOLATIONS OF THE AUTOMATIC STAY, VIOLATION OF THE ORDER OF DISCHARGE, AND OTHER VIOLATIONS

1. Plaintiff is the Debtor in the underlying bankruptcy case and resided in the San Francisco, California, Bay Area for many years.

2. Defendant, City of San Francisco is a California Municipal Corporation acting by and through its agents including the San Francisco Mass Transit Authority ("SFMTA").

3. Defendant, SFMTA is a state agency created by the consolidation of the San Francisco Municipal Railway, the Department of Parking and Traffic and the Taxicab Commission.

4. Defendant, MSB (aka Municipal Services Bureau) is a private company in Austin, TX, doing business as a debt collection company for third party debt recovery, including for the other named Defendants.

5. Jurisdiction of this Court is proper pursuant to 28 USC 157 (b) (1) in that this matter arises under the captioned Chapter 7 Bankruptcy Court case.

6. The Plaintiff filed his Chapter 7 Bankruptcy Court case on November 14th, 2016. An Order for Relief was entered in this case on November 14th, 2016, pursuant to 11 USC 301 thus triggering an automatic stay pursuant to 11 USC 362 (a) of all collection and legal action against the Plaintiff. An Order of Discharge was entered on February 14th, 2017 pursuant to 11 USC 727 thus discharging and voiding any pre-petition debt.

10. Defendants City of San Francisco and SFMTA were provided official notice of the Plaintiff's bankruptcy filing at the time of filing. Despite this notice, Defendants including their agent MSB have aggressively sought to collect the pre-petition debt referenced in the Plaintiff's Exhibits. The Defendants' efforts have included harassing correspondence.

11. The Defendants have been given subsequent notice of both the Automatic Stay and Order of Discharge, more than a dozen times this year, including by fax, mail, certified mail, and telephone calls. Despite being provided specific notice numerous times, the Defendants will not acknowledge the Plaintiff's communications and refuse to cease their collection activity.

12. The most recent letter from Defendant MSB is attached as Exhibit "A", sent on May 19th, 2017. Plaintiff subsequently called MSB on Thursday, June 1st, and spoke to MSB's employee Sabrini Hui (sp?). Plaintiff then followed up with yet another letter by certified mail (attached as Exhibit "B"), also sent successfully via facsimile transmission (both sent June 1st, 2017).

13. Plaintiff also called the other defendants and sent letters to each (also on June 1st, 2017).

14. Plaintiff then called MSB again on Monday, June 5th, 2017 at 12:43 pm Pacific, and spoke to MSB agent Stephanie, who initially told him that she would get a supervisor to solve the issue, but then stated that no supervisor was available and there was nothing she could do. Plaintiff advised her (again) of the bankruptcy and further details, and asked her to follow up and solve the issue.

15. The Defendants' collection efforts also violate the Fair Debt Collection Practices Act 15 USC 1692 et seq *Garfield v. Ocwen Loan Servicing*, No. 15-527 (2nd Cir. 2016).

16. The Defendants' conduct has caused the Plaintiff to experience worries, concerns and hardships outside the course of this filing. The Defendants were chargeable with knowledge of the fact that the Plaintiff was experiencing personal hardship as the result of a divorce and business reverses. The circumstances surrounding the Defendants' violation of the automatic stay would have placed any reasonable person on notice that the Plaintiff/debtor would experience hardship and emotional harm and the Plaintiff did in fact suffer severe emotional distress stemming from the Defendants' fraud and violations of the automatic stay.

[Rest of page blank]

## Count I Violation of Automatic Stay

17. Plaintiff realleges and reincorporates preceding paragraphs.

18. Defendants' conduct violated 11 USC 363 (a).

WHERFORE, the Plaintiff requests an Order declaring the Defendants guilty of civil contempt by violating the automatic stay and awarding Plaintiff compensatory damages, punitive damages and costs pursuant to 11 USC 362 (k) and for contempt of Court.

## Count II  Violation of Order of Discharge

19. The Plaintiff realleges and reincorporates the preceding paragraphs.

20. The Defendants' conduct violates 11 USC 727 (a).

WHEREFORE the Plaintiff requests an Order declaring the Defendants to be guilty of civil contempt for violating the Order of Discharge and awarding Plaintiff compensatory damages, punitive damages and costs pursuant to 11 USC 727 (a) and for Contempt of Court.

## Count III Violation of Fair Debt Collection Practices Act

21. The Defendant realleges and reincorporates the preceding paragraphs.

22. Each verbal and/or written communication sent by Defendants in aid of collecting discharged debts from the Plaintiff violates the Fair Debt Collection Practices Act. The Plaintiff is entitled to statutory damages of $1,000 for each such violation in an amount to be established at trial.

WHEREFORE, the Plaintiff requests an Order finding the Defendants to be guilty of violating the Fair Debt Collection Practices Act and awarding Plaintiff compensatory and statutory damages pursuant to 15 USC 1562 et seq.

### Count IV Legal Fees

Plaintiff requests an award of reasonable fees in the event that he retains counsel and reimbursement for the reasonable value of his time litigating this case Pro Se, as well as all of his costs including court filing costs and attorney consultations.

_____
Carl Wescott Pro Se




**MSB**
Municipal Services Bureau
TOLL FREE: (800) 866-9436

(EXHIBIT A)

HOURS OF OPERATION:
MON – FRI: 5AM – 9PM PST
SAT: 6AM – 3PM PST

To make a payment online, please visit us at
www.sfmta.com/paycitation

## SECOND NOTICE

Reference: 18793004
Dear WESCOTT CARL:

Date: May 19, 2017
Total Due: $185.00

This is our second attempt to contact you regarding your unpaid debt to San Francisco Municipal Transportation Agency in the amount of $185.00. Our previous notice gave you the opportunity to respond within 30 days of receipt of such notice if you disputed the validity of the debt or any portion thereof. Since no notification has been received by our office, we assume this debt is valid.

An agreement was made with the rental agency or leasing company listed below, to pay any citation(s) accumulated during the rental or leasing period. According to the records provided to us by our client, you were the renter or lessee of the vehicle at the time the citation(s) were issued, and are responsible for payment of the citation(s). If the citation(s) remains unpaid, the City and County of San Francisco may intercept your state tax refund to satisfy this debt.

Municipal Services Bureau has been contracted to assist with the resolution of this matter on behalf of San Francisco Municipal Transportation Agency. Please remit your payment in full to satisfy your debt. We can accept Check, Money Order and all major credit cards. Contact our office today at 1-800-866-9436 to discuss this matter. You can also pay online at **www.sfmta.com/paycitation**. Or, you may send payments to Municipal Services Bureau at the address below:

**Remit Payment to:
MUNICIPAL SERVICES BUREAU
PO BOX 16755
AUSTIN TX 78761-6755**

This is an attempt, by a debt collector, to collect a debt and any information obtained will be used for that purpose.

Plate: 6ZNZ075
State: CA
Rental Agency or Leasing Company: HOLDINGS LLC

| Agency | Ticket # | Citation | Amount | Date |
|---|---|---|---|---|
| SFMTA - SAN FRANCISCO | 841986644 | PRK METER DOWNTOWN | 185.00 | 06/01/2014 |

*Sabrina Wi*

*6/5 12:43 PM*
*Stephanie*
*Supervisor 12:26*

*We are required under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law.*

### State Law

California Residents: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except for under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade

Practices Act require that, except for under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

## MSB ACCEPTS ALL MAJOR CREDIT CARDS

For ACE Cash Express locations, visit http://www.acecashexpress.com/ or call 877-FINDACE.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

*** DETACH LOWER PORTION AND RETURN WITH PAYMENT ***
PLEASE INDICATE REFERENCE NUMBER ON YOUR CHECK OR MONEY ORDER

409CSMSBU060DM

Reference Number: 18793004
Account Number: 841986644  0DM
WESCOTT  CARL
PO Box 1304
Sausalito CA 94966-1304

| Card Number (SEE BELOW NOTICE) | Exp Date | Security Code |
|---|---|---|
| Cardholder Signature | | Billing Zip Code |
| Phone or Alternate Phone | Total Due | Total Paid |
| | $185.00 | |
| New Address Info.    City | State | Zip |

NOTICE: If you pay by credit card, where allowed by state law, a convenience fee will be added to the total amount. Convenience fees are: $10 for payments up to $499.99; $15 for payments of $500 to $749.99; and $20 for payments of $750.00 and greater. The fee will be automatically added at the time the credit card transaction is processed, please do not add it to your payment amount. You may avoid paying a convenience fee by making payment by check, money order, Western Union, or MoneyGram.

0018793004000001850003

REMIT PAYMENTS AND CORRESPONDENCE TO:
MUNICIPAL SERVICES BUREAU
PO BOX 16755
AUSTIN TX 78761-6755

Total Due: $185.00

MSB
PO Box 16755
Austin TX 78761-6755

(EXHIBIT B)

Your matter number 18793004 (original ticket 841986644)

Dear MSB

I have already written to you several times that I have a federal judge's order for a discharge of my debt to the San Francisco MTA

I called you earlier today (and spoke to Sabrini Hui (sp?)) to advise you once again to stop harrassing me and to stop collecting a debt I do not owe.

I previously advised you that you were in violation of the Automatic Stay in my bankruptcy (chapter 7 filed November 2017; 16-10975; discharge order given 2/13/2017). The SFMTA and you are apparently also in violation of the Fair Debt Collection Practices Act as well. Finally, you are both in violation of the discharge order, and I am considering a motion or lawsuit for sanctions for those violations as well.

This letter is your final warning.

I strongly suggest you cease all collection activity.

I strongly suggest you write down this debt to zero as per the discharge order in my bankruptcy 16-10975 (again, discharge order given 2/13/2017).

I strongly suggest you alert the San Francisco MTA, whom you are apparently collecting for, as well. I have already advised them several times in writing to follow the discharge order in this case.

You have already gone past several of my previously provided dates. This is your final warning. I would like to hear from you in writing by Tuesday June 6th that you have followed the judge's order and that my debt is discharged and that you will cease all collection activity. I also requested this from Sabrini today.

I have made many previous requests.

If you do not comply then on June 7th, 2017 I will sue you in federal court in Santa Rosa, California.

In that case I will sue not only you, but any other relevant parties (which I believe to be San Francisco Court MTA).

*/s/ C. Wescott*

Carl Wescott
PO Box 1304
Sausalito, CA 94119
+1 415 335 5000

## INFORMATION PROVIDED AGAIN FOR PREVIOUS VIOLATIONS OF THE AUTOMATIC STAY

1. Plaintiff is the debtor in the underlying bankruptcy case.
2. Jurisdiction of the federal Court in Santa Rosa is proper pursuant to 28 USC 157 (b) (1) in that this matter arises under the captioned Chapter 7 Bankruptcy Court case.
3. The Plaintiff filed his Chapter 7 Bankruptcy Court case in November 2016.
4. An Order for Relief was entered in this case in November 2016, pursuant to 11 USC 301 thus triggering an automatic stay pursuant to 11 USC 362 (a) of all collection and legal action against the Plaintiff.
5. The Defendants (San Francisco and the San Francisco MTA) for the lawsuit I will file on June 7th if not corrected were provided official notice of the Plaintiff's bankruptcy filing at the time of filing.
6. Defendants' conduct (and your conduct) violated 11 USC 363 (a)
7. My lawsuit will be filed under 11 USC 362 (k) and will request compensatory damages, punitive damages and costs pursuant to 11 USC 362 (k) for your contempt of Court.
8. I will seek my costs and attorney fees and the reasonable value of my time.